UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHILLY PANDA MEDIA, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:17-cv-01544-TWP-DML |
| BRITT INTERACTIVE LLC, *et al.* | ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO REMAND

On August 11, 2017, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 47) on the plaintiff's motion to remand. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 47) and being duly advised, now APPROVES and ADOPTS it. The plaintiff's motion to remand (Dkt. 26) is therefore GRANTED as provided in the Report and Recommendation and this Order. This case is REMANDED to the Johnson Superior Court No. 1 in Johnson County, Indiana.

IT IS SO ORDERED.

Date: 8/29/2017

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system